UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:07-cr-94-01 SEB-DML |
| vs. | ) | |
| | ) | |
| CLINT A. SPENCER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**
(Docket No. 34)

The Court, having considered the Magistrate Judge's Report and Recommendation at Docket

No. 34, adopts the same as the ruling of the Court.

IT IS THEREFORE ORDERED that Defendant's term of supervised release is REVOKED.

Defendant is sentenced to 10 months in the custody of the Attorney General or his designee with

lifetime supervised release to follow.  The United States Probation Office shall prepare and submit

to the Court a corresponding judgment.

IT IS SO ORDERED.

Date:  05/21/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record